**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. **09-cv-684-AP**

JACKIE REARDON,

    Plaintiff,

    v.

**MICHAEL J. ASTRUE,
Commissioner of Social Security,**

    Defendant.

___

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
___

1.     APPEARANCES OF COUNSEL AND PRO SE PARTIES

| For Plaintiff: | For Defendant: |
|---|---|
| Gregory J. Styduhar<br>125 West B Street<br>Pueblo, CO 1003<br>719-543-9591<br>greg@konciljaandkoncilja.com | DAVID M. GAOUETTE<br>United States Attorney<br><br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>Kevin.Traskos@usdoj.gov<br><br>STEPHANIE LYNN F. KILEY<br>Special Assistant United States Attorney<br>Assistant Regional Counsel<br>Office of the General Counsel<br>Social Security Administration<br>1961 Stout Street, Suite 1001A<br>Denver, CO 80294<br>Telephone: (303) 844-0815<br>Stephanie.kiley@ssa.gov |

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

| | |
|---|---|
| A.  Date Complaint Was Filed: | 03/26/2009 |
| B.  Date Complaint Was Served on U.S. Attorney's Office: | 04/23/2009 |
| C. Date Answer and Administrative Record Were Filed: | 06/22/2009 |

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of their knowledge, the parties state that the record is complete and accurate.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7.     OTHER MATTERS**

The parties state that there are no other matters.

**8.     BRIEFING SCHEDULE**

| | |
|---|---|
| A.  Plaintiffs Opening Brief Due: | 08/21/2009 |
| B.  Defendant's Response Brief Due: | 09/21/2009 |
| C.  Plaintiffs Reply Brief (If Any) Due: | 10/06/2009 |

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

A. **Plaintiffs Statement:** Plaintiff does not request oral argument
B. **Defendant's Statement:** Defendant does not request oral argument

**10.     CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.     OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.     AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED:  July 13, 2009

                                        BY THE COURT:


                                        *s/John L. Kane*
                                        U.S. DISTRICT COURT JUDGE

APPROVED:

| For Plaintiff: | For Defendant: |
|---|---|
| s/ Gregory J. Styduhar | DAVID M. GAOUETTE |
| Gregory J. Styduhar | Acting United States Attorney |
| 125 West B Street | |
| Pueblo, CO 1003 | KEVIN TRASKOS |
| 719-543-9591 | Deputy Chief, Civil Division |
| greg@konciljaandkoncilja.com | United States Attorney's Office |
| | District of Colorado |
| | Kevin.Traskos@usdoj.gov |
| | |
| | s/ Stephanie Lynn F. Kiley |
| | STEPHANIE LYNN F. KILEY |
| | Special Assistant United States Attorney |
| | Assistant Regional Counsel |
| | Office of the General Counsel |
| | Social Security Administration |
| | 1961 Stout Street, Suite 1001A |
| | Denver, CO 80294 |
| | Telephone: (303) 844-0815 |
| | Stephanie.kiley@ssa.gov |